MARYANN P. GALLAGHER, SBN 146078
LANCE WILLIAMS, SBN 282508
LAW OFFICES OF MARYANN P. GALLAGHER
LA. TIMES BUILDING
202 West 1st Street, Suite TS100
Los Angeles, CA 90012
Telephone: (213) 626-1810
Facsimile:  (213) 626-0961
mail@mpg-law.com

JS-6

Attorneys for Plaintiff, RONALD BROCK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| RONALD BROCK<br><br>            PLAINTIFF,<br><br>        vs.<br><br>COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT;  PAUL TANAKA; JOSEPH NUNEZ; MARK GUERRERO; KIMBERLY MILROY; MICHAEL SHAPIRO; DANIEL CHAVEZ AND DOES 1 THROUGH 100, INCLUSIVE<br><br>            DEFENDANTS. | ) Case No.: 2:15-CV-04045 DDP (FFMx)<br>) [Assigned to U.S. District Judge Dean D.<br>) Pregerson]<br>)<br>)<br>)<br>) **ORDER ON THE PARTIES' JOINT**<br>) **STIPULATION TO REMAND THE**<br>) **INSTANT ACTION TO STATE COURT**<br>) **AND TO VACATE DEFENDANTS'**<br>) **MOTION TO DISMISS PLAINTIFF'S**<br>) **SECOND AMENDED COMPLAINT**<br>)<br>)<br>)<br>)<br>) |

1

[PROPOSED] ORDER ON THE PARTIES' JOINT STIPULATION TO REMAND THE
INSTANT ACTION TO STATE COURT AND TO VACATE DEFENDANTS' MOTION TO
DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

1    On July 17, 2015, the Parties to the above-references action filed a Stipulation to Remand the

2   Instant Action to State Court and to Vacate Defendants' Motion to Dismiss Plaintiff's Second

3   Amended Complaint. The Court having reviewed that stipulation and good cause appearing, orders

4   as follows:

5    1) The Parties' stipulation is approved;

6    2) Central District of California Case No.: 2:15-CV-04045 styled RONALD BROCK v.

7   COUNTY OF LOS ANGELES, et al. is hereby remanded to Dept. 71 of the Superior Court of the

8   State of California in and for the County of Los Angeles, Hon. Suzanne G. Bruguera presiding;

9    3) Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (docket number

10   15) is hereby **vacated**.

11

12    IT IS SO ORDERED.

13

14    Dated:  July 21, 2015

15                                                Hon. Dean D. Pregerson
                                                 United States District Judge
16

17

18

19

20

21

22

23

24

25

26

27

28                                              2

[PROPOSED] ORDER ON THE PARTIES' JOINT STIPULATION TO REMAND THE
INSTANT ACTION TO STATE COURT AND TO VACATE DEFENDANTS' MOTION TO
DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT